IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
**Judge Philip A. Brimmer**

Civil Action No. 11-cv-00084-PAB

UNITED STATES OF AMERICA,

      Petitioner,

v.

BONG S. LIM,

      Respondent.

_____

### FINAL ENFORCEMENT ORDER
_____

      This matter comes before the Court on the United States' Petition to Enforce Internal Revenue Service Summons ("Petition") [Docket No. 1].  The Court finds that:

      1.      On September 20, 2010, the Internal Revenue Service issued a summons to Respondent Bong S. Lim ("Respondent").

      2.      The Internal Revenue Service summons was issued to Respondent for a legitimate purpose: to determine the tax liability of Respondent for the calendar year ending December 31, 2006.

      3.      The above-listed tax period was specified in the Internal Revenue Service summons served on Respondent.

      4.      The testimony, records, and documents demanded by the Internal Revenue Service summons are not in the possession of the Internal Revenue Service.

      5.      The administrative steps required by the Internal Revenue Code for the issuance of the summons have been met.

6.      As indicated in the Affidavit of Service [Docket No. 3], Respondent was served on January 25, 2011 with: (1) the Order to Show Cause [Docket No. 2] issued by the Court on January 13, 2011, and (2) a copy of the Petition [Docket No. 1] with exhibits.

7.      As of this date, Respondent has failed to comply with the IRS summons.

8.      Respondent has failed to show sufficient cause as to why she should not be ordered to comply with the Internal Revenue Service summons.  Therefore, it is

ORDERED that Respondent shall comply with and obey the Internal Revenue Service summons served upon her by appearing at the Internal Revenue Service office at 10225 Westmoor Drive, Suite 200, Westminster, CO 80221, before Revenue Officer Michael Otten, telephone number (720) 956-4722 (or other location to be agreed upon by the parties), at a time to be agreed upon by the parties, but not later than April 1, 2011, to give testimony and to produce for examination and copying the records, documents, and other data demanded by the Internal Revenue Service summons.  It is further

ORDERED that failure to comply with this Order may result in Respondent being found in contempt of Court, in which case she may be fined or imprisoned.  It is further

ORDERED that Petitioner shall serve a copy of this Final Enforcement Order on Respondent and may effectuate such service by mailing a copy to Petitioner's last known residence.  It is further

ORDERED that upon entry of this Order, this case shall be closed and Judgment shall be entered in favor of Petitioner United States of America.

DATED March 2, 2011.

BY THE COURT:


  s/Philip A. Brimmer
PHILIP A. BRIMMER
United States District Judge